IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| CHRISTOPHER CONWAY,<br><br>Plaintiff,<br><br>vs.<br><br>SUPERINTENDENT RANDY IRWIN, CO MOWREY, CO HIMES, CO SLOUTHER, CO CROSE, CO RICHARDS, LT. WALKER, LT LOWE, CO YOUNG, CO YOUNT, CO KOIL, CO HANES, LT FELDOR, CO BLUM, CO BARGER, CO MUNKSGARD, CO MCCRACKEN, CO RANKINI, CO GUARNIERI, CO BABCOCK,<br><br>Defendants, | Civil Action No. 1:24-CV-00078-CBB<br><br>United States Magistrate Judge<br>Christopher B. Brown |

**<u>ORDER ON MOTION FOR SUMMARY JUDGMENT, ECF No. 50</u>**

AND NOW, this 29th day of December, 2025,

Upon consideration of Defendants' Motion for Summary Judgment, ECF No. 50, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED in part and DENIED in part, as set forth in the accompanying Memorandum Opinion. A status conference will be set by separate Order to discuss scheduling the *Small* evidentiary hearing.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge

Case 1:24-cv-00078-CBB    Document 82    Filed 12/29/25    Page 2 of 2